# EXHIBIT A



# INSTITUTE OF CHEMICAL TECHNOLOGY & BAJAJ MEDICAL LLC

# Agreement

To develop a new synthesis (Synthesis) for Chlorohexidine Gluconate (the "Product")

## April 29, 2015

# RESEARCH AGREEMENT AND INTELLECTUAL PROPERTY TRANSFER AGREEMENT BETWEEN XTTRIUM LABORATORIES, INC. AND PRAJAKTA DANDEKAR JAIN, INSTITUTE OF CHEMICAL TECHNOLOGY (ICT)

This Agreement is entered into by XTTRIUM LABORATORIES, INC. ("XTTRIUM") of Mt. Prospect, Illinois, the United States of America and PRAJAKTA DANDEKAR JAIN, ICT of Mumbai, The Republic Of India ("PDJ") (individually "Party," collectively "Parties").

XTTRIUM desires to retain the PDJ to develop a new synthesis ("Synthesis") for Chlorohexidine Gluconate (the "Product") using various enzymatic processes for delivery to XTTRIUM. XTTRIUM shall contract with another party to manufacture the Product that XTTRIUM will sell exclusively in the world, and the PDJ shall develop the Synthesis for the Product exclusively for XTTRIUM. The Synthesis will include the following goals ("Goals") mutually agreed upon by the Parties) the possibility of enzyme immobilization and re-use; ii) the total elimination of deleterious effects by any starting materials or final products on the enzymes to be used; and, iii) the specificity of enzymes will result in high productivity and process exclusivity.

## PDJ'S OBLIGATIONS

PDJ agrees to the following in exchange for XTTRIUM's obligations described herein:

A. PDJ shall assign and transfer to XTTRIUM all Intellectual Property Rights as described herein;

B. PDJ shall exercise good faith and due diligence in achieving the Goals for the Product and Synthesis.

C. PDJ shall, for the term of this Agreement, provide XTTRIUM with updates monthly on its progress in achieving the Goals.

D. PDJ shall timely execute the Nondisclosure Agreement attached herein as Exhibit A.

## XTTRIUM'S OBLIGATIONS

XTTRIUM agrees to the following in exchange for PDJ's obligations' described herein:

A. XTTRIUM shall obtain the Synthesis for the Product exclusively from PDJ in exchange for the costs outlined in Exhibit B.

## INTELLECTUAL PROPERTY TRANSFER

**INTELLECTUAL PROPERTY RIGHTS.** Intellectual Property Rights means all rights in and to US and foreign (i) patents, patent disclosures and inventions (whether patentable or not), (ii) trademarks, service marks, trade dress, trade names, logos, corporate names and domain names, and other similar designations of source or origin, together with the goodwill symbolized by any of the foregoing, (iii) copyrights and copyrightable works (including computer programs), maskworks, and rights in data and databases, (iv) trade secrets, know-how and other confidential information, and (v) all other intellectual property rights, in each case whether registered or unregistered and including all registrations and applications for, and renewals or extensions of, such rights, and all similar or equivalent rights or forms of protection in any part of the world.

XTTRIUM shall have sole ownership of all Intellectual Property Rights arising from this Agreement concerning the Product, Synthesis or any related or similar product or synthesis owned or developed under this Agreement. No part of this Agreement shall be construed to apply to any Intellectual Property Rights owned by either Party prior to the execution of this Agreement or to any Intellectual Property Rights applicable to products or services other than the Product described herein. Intellectual Property which PDJ is assigning includes, but is not limited to materials, methods, steps and use and labeling of the Synthesis.

**TRADEMARKS.** XTTRIUM shall have the sole right to prepare, file, prosecute and maintain trademark applications or registrations with respect to the Product and Synthesis. All such applications and registrations shall be at XTTRIUM's expense. XTTRIUM shall retain ownership of these applications and registrations throughout the term of this Agreement and thereafter. PDJ shall from time to time, as XTTRIUM may reasonably request, execute and deliver to XTTRIUM any reasonably requested documents of transfer or assignment relating to the Product or Synthesis and cooperate fully in obtaining whatever approval or product protection that XTTRIUM may reasonably deem desirable or appropriate.

**PATENTS.** XTTRIUM shall have the sole right to prepare, file, prosecute and maintain patent applications or patents throughout the world with respect to the Product and Synthesis. All such applications and prosecution shall be at XTTRIUM's expense. XTTRIUM shall retain ownership of these applications and patents throughout the term of this Agreement and thereafter. PDJ shall from time to time, as XTTRIUM may reasonably request, execute and deliver to XTTRIUM any reasonably requested documents of transfer or assignment relating to the Product and Synthesis and cooperate fully in obtaining whatever approval or product protection that XTTRIUM may reasonably deem desirable or appropriate.

**ASSIGNMENT.** To the extent that the foregoing does not apply, PDJ hereby irrevocably assigns to XTTRIUM, and its successors and assigns, for no additional consideration, PDJ's entire right, title and interest in and to all Intellectual Property Rights for the Product and Synthesis therein, including the right to sue, counterclaim and recover for all past, present and future infringement, misappropriation or dilution thereof, and all rights corresponding thereto throughout the world.

**FURTHER ASSURANCES; POWER OF ATTORNEY** During and after the duration of this Agreement, PDJ agrees to reasonably cooperate with XTTRIUM to (i) apply for, obtain, perfect

and transfer to XTTRIUM any and all Intellectual Property Rights in the Product and Synthesis in any jurisdiction throughout the world and (ii) maintain, protect and enforce the same, including, without limitation, giving testimony and executing and delivering to XTTRIUM any and all applications, oaths, declarations, affidavits, waivers, assignments and other documents and instruments as shall be requested by XTTRIUM. PDJ hereby irrevocably grants XTTRIUM power of attorney to execute and deliver any such documents on PDJ's behalf in its name and to do all other lawfully permitted acts to further the transfer, prosecution, issuance and maintenance of all Intellectual Property Rights therein, to the full extent permitted by law, if PDJ does not promptly cooperate with the XTTRIUM's request (without limiting the rights the XTTRIUM shall have in such circumstances by operation of law). This power of attorney is coupled with an interest and shall not be affected by PDJ's subsequent incapacity.

XTTRIUM assumes complete responsibility for conducting adequate due diligence on the Product and Synthesis to confirm that the Product and Synthesis will not infringe on the rights of any third parties. If the Product or components infringes the rights of any third parties, XTTRIUM assumes responsibility and liability and will indemnify, defend and hold harmless PDJ and its directors, officers, employees, successors and assigns and suppliers from and against any claims, demands, lawsuits, losses, damages, liabilities, costs and expenses (including reasonable attorneys' fees and disbursements), judgments and settlement of every kind that may be made by any third party arising out of or relating to any claim that the specifications, designs, processes or requirements for the Products infringes or misappropriates any third party Intellectual Property Rights as defined herein, regardless of who provided such items.

## APPROVAL BY XTTRIUM

XTTRIUM will approve all specifications and final steps in the Synthesis to ensure they meet the Goals as agreed to herein. In addition, XTTRIUM will provide PDJ with all necessary specifications to ensure compliance with all applicable laws and regulations governing the sale and use of the Product and Synthesis, including, but not limited to applicable laws of import into and export out of the United States. XTTRIUM reserves the right: i) to independently test or have tested Synthesis as designed by the PDJ to ensure that it meets the Goals as agreed to herein; ii) determine that the Synthesis is suitable for its intended use and that it will properly function; and, iii) the Synthesis and its steps are in compliance with all applicable laws and regulations governing the sale and use of the Product and Synthesis, including, but not limited to applicable laws of import into and export out of the United States which were provided to PDJ as indicated above.

## TERM

This Agreement shall last from the date hereof until three (3) years hence. Following the initial three (3) year term, the Parties agree that the term shall renew automatically for an additional year on the anniversary date unless there is written notification from either Party,90 days prior to the anniversary date.

## COSTS AND CONDITIONS

The costs and conditions attached hereto as Exhibit B and any other Exhibit are incorporated into this Agreement as if set forth herein. Any additional, contrary or different terms contained in other communication or attempt to modify or alter this Agreement is rejected unless such term has been fully approved in writing by an officer of each party. This Agreement including and together with any related exhibits and schedules constitute the entire agreement of the parties with respect to the subject matter contained herein and supersedes all prior and contemporaneous understandings, agreements, representations and warranties with respect to the subject matter.

## PUBLICATIONS

XTTRIUM agrees that upon completion of Research Agreement and only upon the appropriate filing of all applicable Intellectual Property applications resulting there from, the results of the Research Agreement may be publishable and agrees that PDJ and its employees, graduate students, undergraduate students and other personnel (herein collectively referred to as "PDJ Personnel") engaged in the Research Agreement may be permitted to present at symposia, international, national or regional professional meetings and to publish in journals, thesis or dissertations, or otherwise of their own choosing. XTTRIUM agrees that PDJ Personnel, particularly all graduate students and undergraduate students are free to submit papers and results internally to PDJ in furtherance of their educational degrees. Parties agree all submissions and publications outside of INSITUTE shall only occur following the approval by XTTRIUM and all PDJ Personnel shall refrain from first submitting any such materials for publication until such approval has been obtained from XTTRIUM.

## PUBLICITY

No public statement or disclosure to third parties regarding this Research Agreement or other arrangements being considered or conducted hereunder shall be made by or on behalf of a Party without the prior written consent of the other Party. However, disclosure as may be required by the relevant laws/acts of the government of the Union of India shall be exempt from this above provision, with prior notice to XTTRIUM and/or PDJ, as the case may be.

## CHOICE OF LAW AND JURISDICTION

The governing law of the contract shall be the substantive law of the country of India, without regard to principles governing conflicts of laws.

## SURVIVAL

Parties agree that in the event of XTTRIUM's change of ownership or its transfer or license of the Intellectual Property Rights described herein, this Agreement will be binding on any successor owner, transferee or licensee and such successor owner transferee and licensee will be required to comply with XTTRIUM's obligations hereunder including, without limitation, purchasing the Synthesis from PDJ. Each party agrees that any party that purchases

substantially all of its assets or that it merges with or engages in a business combination or which acquires a line of its business will be bound by the terms of this Agreement.

PRAJAKTA DANDEKAR JAIN, ICT

By: _____

Prajakta Dandekar Jain
Institute of Chemical Technology
Nathalal Parekh Marg
Matunga, Mumbai 400 019
India

Date: April 29, 2015

XTTRIUM LABORATORIES, INC.

By: _____

Madeleine Creevy
1200 East Business Center Drive
Mount Prospect, Illinois 60056
The United States of America

Date: 4/29/15

# EXHIBIT A

## NONDISCLOSURE AGREEMENT

In connection with a proposed business relationship, **PRAJAKTA DANDEKAR JAIN, ICT, XTTRIUM LABORATORIES, and BAJAJ MEDICAL, LLC** have disclosed or may disclose to each other certain business or technical information relating to each party and/or their products and/or has provided the other party or may provide the other party with product samples or prototypes ("Proprietary Information").

In consideration of any disclosure of information, provision of product samples or prototypes and any negotiations concerning the proposed business relationship, the undersigned agree as follows:

1. Each party will hold in confidence and not use (except to evaluate the proposed business relationship) or disclose any Proprietary Information except information it can document (a) is in the public domain through no fault of theirs, (b) was properly known to it, without restriction, prior to disclosure by the other party, or (c) was properly disclosed by another person without restriction. In addition, neither party will copy, alter, modify, reverse engineer, or attempt to derive the composition or underlying information of any Proprietary Information. Each party acknowledges and agrees that, as between them, all Proprietary Information and all copies thereof are owned solely by that party which has disclosed the Proprietary Information.

2. If either party decides not to proceed with the proposed business relationship or if asked by the other party, it will immediately cease all use of and return all Proprietary Information and all copies and extracts to the other party.

3. Each party will immediately notify the other party of any unauthorized release of Proprietary Information.

4. Each party acknowledges and agrees that for a period of three (3) years from the date this Nondisclosure Agreement is accepted, each party will maintain all Proprietary Information in confidence and will refrain from using any such Proprietary Information for any purpose, unless so authorized in writing by the other party.

5. Each party understands that this Nondisclosure Agreement does not obligate the other party to disclose any information or provide any data, or negotiate or enter into any agreement or relationship with it.

6. Each party acknowledges and agrees that due to the unique nature of the Proprietary Information, there can be no adequate remedy at law for any breach of its obligations hereunder, that any such breach may allow one party or third parties to unfairly compete with the other party resulting in irreparable harm to the non-breaching party and, therefore, that upon any such breach or threat thereof, the non-breaching party shall be entitled to injunctions and other appropriate equitable relief in addition to

whatever remedies it may have at law. In addition, if the non-breaching party prevails in any legal dispute hereunder, it shall be entitled to collect its reasonable attorneys' fees and expenses.

7. PRAJAKTA **DANDEKAR JAIN, ICT** shall be entitled to subcontract any part of the development to third parties/party and shall be responsible for the observance of this Nondisclosure Agreement by such third parties/party.

8. This Nondisclosure Agreement shall be governed and construed under the laws of the State of Illinois and the United States without regard to conflict of laws provisions thereof. The sole jurisdiction and venue for actions related to the subject matter hereof shall be the Illinois state and the United States. Each party consents to the jurisdiction of such courts.

Acknowledged and agreed:

INSTITUTE OF CHEMICAL TECHNOLOGY

By: _____

Prajakta Dandekar Jain

Date: April 29, 2015

XTTRIUM LABORATORIES, INC.

By: _____

Madeleine Creevy

Date: 4/29/15

BAJAJ MEDICAL LLC

By: _____

Anil Jain, Chairman

Date: 29/4/295

## EXHIBIT B

## COSTS& PAYMENTS BETWEEN XTTRIUM, INSTITUTE & BAJAJ MEDICAL LLC

The costs of this project will be distributed as follows:

a. XTTRIUM will issue two (2) paymentsto Bajaj Medical LLC ("Bajaj"), a third-party partner as per this Agreement. Though Bajaj will be acting as a third-Party partner as per this Agreement, Bajaj is not responsible for any of the research work carried out by INSTITUTE as specified herein.

b. The first payment of $2,250,000.00 USD is to be paid upon the signing and execution of this Agreement herein, the second payment of $2,250,000.00 USD is to be paid on November 01, 2015. Following the receipt of the first payment to the Bajaj, all intellectual property and other ownership rights as described within this Agreement will be transferred to XTTRIUM. Following the receipt of the second payment to Bajaj, Bajaj will wholly cease to be involved in this Agreement, except to the extent that it will be bound by the NONDISCLOSURE AGREEMENT of Exhibit A.

c. XTTRIUM will thereafter issue a payment of $400,000.00 USDin installments granted per quarter to INSTITUTE thereafter over the course of the project, with a final installment payment of $300,000.00 USD, for a total of $9,000,000.00 USD under the conditions, including the initial payments to Bajaj. Quarterly installment payments are to be paid by XTTRIUM within the first ten (10) days of each quarter based on the calendar year beginning May 01, 2015. INSTITUTE will provide to XTTRIUM the appropriate wire-transfer information in a future communique.

d. The Bajaj Medical LLC has already provided to INSTITUTE all non-research financing for the estimated duration of the stated research, including, but not limited to, facility costs, utility costs, back-up utility fees, extraneous research costs, management costs, and miscellaneous costs.

Acknowledged and agreed:

BAJAJ MEDICAL LLC

By: _____
Anil Jain, Chairman
Date 29/4/2015

INSTITUTE OF CHEMICAL TECHNOLOGY

By: _____
Prajakta Dandekar Jain
Date: April 29, 2015

XTTRIUM LABORATORIES, INC.

By: _____
Madeleine Creevy
Date: 4/29/15