# EXHIBIT B



# Agreement

## Institute of Chemical Technology
## ICT [India]
## AUA General Trading LLC

## "Addendum To Research Agreement and Intellectual Property Transfer"

## Agreement Between Xttrium Laboratories, Inc. and Institute of Chemical Technology "NonDisClosure Agreement"

### November 29, 2017

# ADDENDUM TO RESEARCH AGREEMENT AND INTELLECTUAL PROPERTY TRANSFER AGREEMENT BETWEEN XTTRIUM LABORATORIES, INC. AND INSTITUTE OF CHEMICAL TECHNOLOGY

## NONDISCLOSURE AGREEMENT

In connection with the previous business relationship between **INSTITUTE OF CHEMICAL TECHNOLOGY** ("**INSTITUTE**") and **XTTRIUM LABORATORIES** ("**XTTRIUM**") memorialized in the **RESEARCH AGREEMENT AND INTELLECTUAL PROPERTY TRANSFER AGREEMENT** signed by the parties on 1 FEB, 2016, INSTITUTE, XTTRIUM and **AUA GENERAL TRADING** ("**AGT**") have disclosed or may disclose to each other certain business or technical information relating to each party and/or their products and/or has provided the other party or may provide the other party with product samples or prototypes ("Proprietary Information").

In consideration of any disclosure of information, provision of product samples or prototypes and any negotiations concerning the proposed business relationship, the undersigned agree as follows:

1. Each party will hold in confidence and not use (except to evaluate the proposed business relationship) or disclose any Proprietary Information except information it can document (a) is in the public domain through no fault of theirs, (b) was properly known to it, without restriction, prior to disclosure by the other party, or (c) was properly disclosed by another person without restriction. In addition, neither party will copy, alter, modify, reverse engineer, or attempt to derive the composition or underlying information of any Proprietary Information. Each party acknowledges and agrees that, as between them, all Proprietary Information and all copies thereof are owned solely by that party which has disclosed the Proprietary Information.

2. If either party decides not to proceed with the proposed business relationship or if asked by the other party, it will immediately cease all use of and return all Proprietary Information and all copies and extracts to the other party.

3. Each party will immediately notify the other party of any unauthorized release of Proprietary Information.

4. Each party acknowledges and agrees that for a period of three (3) years from the date this Nondisclosure Agreement is accepted, each party will maintain all Proprietary Information in confidence and will refrain from using any such Proprietary Information for any purpose, unless so authorized in writing by the other party.

5. Each party understands that this Nondisclosure Agreement does not obligate the other party to disclose any information or provide any data, or negotiate or enter into any agreement or relationship with it.

6. Each party acknowledges and agrees that due to the unique nature of the Proprietary Information, there can be no adequate remedy at law for any breach of its obligations hereunder, that any such breach may allow one party or third parties to unfairly compete with the other party resulting in irreparable harm to

the non-breaching party and, therefore, that upon any such breach or threat thereof, the non-breaching party shall be entitled to injunctions and other appropriate equitable relief in addition to whatever remedies it may have at law. In addition, if the non-breaching party prevails in any legal dispute hereunder, it shall be entitled to collect its reasonable attorneys' fees and expenses.

7. **INSTITUTE OF CHEMICAL TECHNOLOGY** shall be entitled to subcontract any part of the development to third parties/party and shall be responsible for the observance of this Nondisclosure Agreement by such third parties/party.

8. This Nondisclosure Agreement shall be governed and construed under the laws of the State of Illinois and the United States without regard to conflict of laws provisions thereof. The sole jurisdiction and venue for actions related to the subject matter hereof shall be the Illinois state and the United States. Each party consents to the jurisdiction of such courts.

Acknowledged and agreed:

INSTITUTE OF CHEMICAL TECHNOLOGY

By: _____

Prajakta Dandekar Jain

Date: 1 FEB, 2016

XTTRIUM LABORATORIES, INC.

By: _____

Madeleine Creevy

Date: 11/29/2017

AUA GENERAL TRADING LLC

By: _____

Manoj Kumar

Date: 11/29/2017