IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| XTTRIUM LABORATORIES, INC., a Delaware Corporation,<br><br>               Plaintiff,<br><br>     v.<br><br>RAM CHAKROBORTY, an individual; and BAJAJ MEDICAL, LLC, an Illinois Limited Liability Company,<br><br>               Defendants. | Case No. 23-cv-03829<br><br>Honorable Franklin U. Valderrama<br><br>Honorable Daniel P. McLaughlin, Magistrate Judge |

**<u>DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT</u>**

Defendants Dr. Ram Chakroborty and Bajaj Medical, LLC, by their undersigned counsel, respectfully move this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), for entry of an order dismissing all counts of Plaintiff Xttrium Laboratories, Inc.'s First Amended Complaint, with prejudice. The bases for this motion are more fully set forth in the accompanying Memorandum in Support.

**WHEREFORE**, Defendants Dr. Ram Chakroborty and Bajaj Medical, LLC respectfully move for an order dismissing all counts of Plaintiff's First Amended Complaint with prejudice, and for such other relief as this Court deems necessary and just.

Dated: September 4, 2025

Respectfully submitted,

**RAM CHAKROBORTY and**
**BAJAJ MEDICAL, LLC**

By:    s/ Robert M. Andalman
        One of its Attorneys

Robert M. Andalman (Atty. No. 6209454)
Rachael Blackburn (Atty. No. 6277142)
**ARONBERG GOLDGEHN DAVIS & GARMISA**
225 W. Washington Street, Suite 2800
Chicago, IL 60606
Tel.: (312) 3755-3161
randalman@agdglaw.com.com
rblackburn@agdglaw.com

## CERTIFICATE OF SERVICE

I, Robert M. Andalman, an attorney, hereby certify that the foregoing ***DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT*** was electronically filed on September 4, 2025, and will be served by ECF on counsel of record.

/s/ Robert M. Andalman